OFFICE OF DISCIPLINARY COUNSEL *v.* STEVENS.

[Cite as *Disciplinary Counsel v. Stevens* (1993), 68 Ohio St.3d 105.]

(No. 93–1815—Submitted November 10, 1993—Decided December 29, 1993.)

*Geoffrey Stern*, Disciplinary Counsel, and *Alvin E. Mathews*, Assistant Disciplinary Counsel, for relator.

*A. Karl Stevens, Jr., pro se.*

*Per Curiam.* Respondent's resignation from the Florida Bar was disciplinary in nature. Accordingly, we indefinitely suspend respondent from the practice of law in Ohio, effective August 27, 1992. This court will not entertain respondent's petition for reinstatement in Ohio until he submits proof of his readmission to the practice of law in Florida. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.